```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

        -vs-                                      04-CR-6180T

     DONALD ANSON

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                            MICHAEL A. TELESCA
                            United States District Judge
```

Dated:  Rochester, New York
        October 14, 2005