IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DONALD ANSON,

Defendant.

04-CR-6180-CJS

**ORDER**

Defendant Donald Anson appealed this Court's January 30, 2007, Judgment in a Criminal Case. On October 15, 2008, the United States Court of Appeals for the Second Circuit issued a Summary Order, pursuant to which it affirmed this Court's Judgment, but remanded the case "only for reconsideration or explanation of the District Court's decision to impose a consecutive sentence for Anson's possession of a computer containing child pornography (count 4)." The Second Circuit's mandate was filed by the Clerk of this Court on March 31, 2009.

On May 13, 2009, this Court conducted a proceeding in compliance with the Second Circuit's mandate. The transcript of said proceeding, which will be filed with the Clerk of the Court, and which is incorporated by reference into this Order, fully sets

forth the reasons for this Court's decision to impose a consecutive sentence as to Count 4 of the Second Superseding Indictment.

SO ORDERED.

Dated:   Rochester, New York
         May 15, 2009.


_____
HONORABLE CHARLES J. SIRAGUSA
United States District Judge